UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-00016-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM EDWARD DOWNES | ORDER TO SEAL |

On motion of the Defendant, William Edward Downes, and for good cause shown, it is hereby ORDERED that **DE 40** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **3** day of November, 2022.

James C. Dever III
United States District Judge