IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CR-16-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM EDWARD DOWNES, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion to reduce sentence [D.E. 53] not

later than August 31, 2026.

SO ORDERED. This 14 day of July, 2026.

JAMES C. DEVER III
United States District Judge